# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Chan, Ashely M. | **2. Court or Organization**<br><br>Eastern District of Pennsylvania | **3. Date of Report**<br><br>06/14/2021 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>Robert N.C. Nix Sr. Federal Courthouse<br>900 Market Street Suite 204<br>Philadelphia, PA 19107 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 10/22/2012 | Hangley Aronchick Segal Pudlin & Schiller 401k Plan - with former law firm, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 3-27-2020 | Matthew Bender & Co Inc - editor | $1,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔**     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Airlines AAdvantage | credit card | J |
| 2. Chase | credit card | K |
| 3. Target | credit card | J |
| 4. Mastercard | credit card | J |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank | | None | J | T | | | | | |
| 2. TD Bank | | None | J | T | | | | | |
| 3. Fidelity 401k (H) | | | | | | | | | |
| 4. -Gabelli UST Money Market | A | Dividend | N | T | Buy | 04/15/20 | N | | |
| 5. -Spartan US Bond Index | A | Dividend | | | Sold | 04/15/20 | K | | |
| 6. -Spartan 500 Index | A | Dividend | | | Sold | 04/15/20 | M | | |
| 7. -Fidelity Freedom 2035 Fund | C | Dividend | | | Sold | 04/15/20 | L | | |
| 8. -Fidelity Overseas (formerly Harbor International) | | None | | | Sold | 04/15/20 | L | | |
| 9. Schwab IRA (H) | | | | | | | | | |
| 10. -Cash - Charles Schwab Bank | A | Int./Div. | L | T | Buy | 05/26/20 | L | | |
| 11. -American Century Real Estate Fund | A | Dividend | | | Sold | 05/12/20 | J | | |
| 12. -American Century Small Cap Growth | | None | | | Sold | 05/12/20 | J | B | |
| 13. -Capital World Growth & Income Fund | A | Dividend | | | Sold | 05/12/20 | J | A | |
| 14. -Dreyfus Insured Deposit (X) | | None | | | Sold | 05/12/20 | J | A | |
| 15. -Fidelity Advisor Diversified International | | None | | | Sold | 05/12/20 | J | A | |
| 16. -Fidelity Advior New Insights Fund | A | Dividend | | | Sold | 05/12/20 | J | C | |
| 17. -Fidelity Advisor Strategic Fund | A | Dividend | | | Sold | 05/12/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chan, Ashely M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Growth Fund of America. | | None | | | Sold | 05/12/20 | J | C | |
| 19.   -IShares Trust Russell 2000 Value Index | A | Dividend | | | Sold | 05/12/20 | J | A | |
| 20.   -New World Fund | | None | | | Sold | 05/12/20 | J | B | |
| 21.   -PIMCO Commodity Real Return Strategy | A | Dividend | | | Sold | 05/12/20 | J | | |
| 22.   -Prudential Jennison Natural Resources | | None | | | Sold | 05/12/20 | J | | |
| 23.   -SPDR S&P 500 ETF Tr | A | Dividend | | | Sold | 05/12/20 | J | C | |
| 24.   -Vanguard GNMA Fund | A | Dividend | | | Sold | 05/12/20 | J | A | |
| 25.   -Vanguard Mid-Cap ETF | A | Dividend | | | Sold | 05/12/20 | J | C | |
| 26.   -Vanguard Primecap Fund | | None | | | Sold | 05/12/20 | J | C | |
| 27.   Schwab Roth IRA (H) | | | | | | | | | |
| 28.   -Cash - Charles Schwab Bank | A | Interest | L | T | Buy | 05/26/20 | L | | |
| 29.   -American Century Diversified Bond | A | Dividend | | | Sold | 05/12/20 | J | A | |
| 30.   -American Century Heritage Fund | | None | | | Sold | 05/12/20 | J | B | |
| 31.   -American Heritage Strategic Allocation<br>Moderate Fund | | None | | | Sold | 05/12/20 | K | | |
| 32.   -Fidelity Advisor New Insights Fund | A | Dividend | | | Sold | 05/12/20 | J | C | |
| 33.   Schwab Inherited IRA (H) | | | | | | | | | |
| 34.   -Cash - Charles Schwab Bank (X) | A | Interest | K | T | Buy | 05/28/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>   (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>   (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>   (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   LPL Financial IRA (H) | | | | | | | | | |
| 36.   -Ally Bank 2.90% 1-31-2022 | A | Interest | K | T | | | | | |
| 37.   -Alphabet Inc | | None | K | T | Buy | 04/07/20 | K | | |
| 38.   -AT&T Inc | A | Dividend | J | T | Buy | 09/29/20 | J | | |
| 39.   -AT&T Inc 5.625% 8/1/2067 | A | Interest | K | T | Buy | 07/22/20 | K | | |
| 40.   -Bank of America 5.625% 7/1/2020 | B | Interest | | | Sold | 07/01/20 | K | | |
| 41.   -Becton Dickinson | A | Dividend | J | T | Buy | 07/22/20 | J | | |
| 42.   -Blackbaud Inc | | None | J | T | Buy | 07/22/20 | J | | |
| 43.   -Brookfield Asset Management | A | Dividend | | | Sold | 04/07/20 | J | D | |
| 44.   -Capital One NZ 2.25% 6-7-2021 | A | Interest | K | T | | | | | |
| 45.   -Cisco Systems | B | Dividend | K | T | | | | | |
| 46.   -Citibank NA 2.05% 11-4-2024 | A | Interest | | | Sold | 11/04/20 | K | | |
| 47.   -Comcast | A | Dividend | K | T | | | | | |
| 48.   -Conagra Brands | A | Dividend | K | T | | | | | |
| 49.   -Covanta Holding Corp | A | Dividend | | | Sold | 04/07/20 | J | | |
| 50.   -Crown Castle Intl Corp | A | Dividend | K | T | | | | | |
| 51.   -CSX Transportation 9.75% 6/15/2020 | B | Interest | | | Sold | 06/15/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -CVS Health Corp | A | Dividend | K | T | | | | | |
| 53.   -CVS Health Corp 4.10% 3-25-2025 | A | Interest | K | T | Buy | 07/22/20 | K | | |
| 54.   -Digital Realty Trust | A | Dividend | K | T | | | | | |
| 55.   -Emerson Electric | A | Dividend | J | T | Buy | 09/29/20 | J | | |
| 56.   -Genuine Parts Co | A | Dividend | J | T | Buy | 07/22/20 | J | | |
| 57.   -Gilead Science | | None | | | Sold | 03/11/20 | K | | |
| 58.   -Goldman Sachs 2-20% 6/28/2021 | A | Interest | K | T | | | | | |
| 59.   -Harley Davidson | A | Dividend | | | Sold | 04/13/20 | J | | |
| 60.   -Hewlitt Packard 4.30% 6/1/2021 | A | Interest | | | Sold | 07/22/20 | K | | |
| 61.   -Ingredion Inc | A | Dividend | J | T | Buy | 07/22/20 | J | | |
| 62.   -International Paper | A | Dividend | K | T | | | | | |
| 63.   -IShares Intl Select Div ETF | B | Dividend | | | Sold | 09/29/20 | K | | |
| 64.   -IShares JP Morgan EM Bond Fund | B | Dividend | K | T | | | | | |
| 65.   -Jonesboro AK 3.00% 2/1/2022 | A | Interest | | | Sold | 11/20/20 | K | | |
| 66.   -JP Morgan Chase & Co | B | Dividend | | | Sold | 07/22/20 | K | E | |
| 67.   -JP Morgan Chase Bank 2.00% 11/2025 | A | Interest | K | T | Buy | 02/19/20 | K | | |
| 68.   -JP Morgan Chase Bank 2.25% 11/15/2024 | A | Interest | | | Sold | 05/15/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Lamb Weston Holdings | A | Dividend | J | T | | | | | |
| 70.  -Leggett & Platt Inc | A | Dividend | J | T | Buy | 07/22/20 | J | | |
| 71.  -Medtronic PLC | A | Dividend | K | T | | | | | |
| 72.  -Microsoft | A | Dividend | K | T | Buy | 04/13/20 | K | | |
| 73.  -Morgan Stanley 5.50% 7/24/2020 | B | Interest | | | Sold | 07/24/20 | K | | |
| 74.  -Morgan Stanley Bank | A | Interest | | | Sold | 11/15/20 | M | | |
| 75.  -Norfolk Southern 9.75% 6/15/2020 | B | Interest | | | Sold | 06/15/20 | K | | |
| 76.  -Pepsico | A | Dividend | K | T | | | | | |
| 77.  -Pfizer Inc | A | Dividend | J | T | Buy | 09/29/20 | J | | |
| 78.  -Primerica Inc 4.75% 7/15/2022 | B | Interest | K | T | | | | | |
| 79.  -Quest Diagnostics 4.75% 1/30/2020 | A | Interest | | | Sold | 01/15/20 | K | | |
| 80.  -Simon Property Group | A | Dividend | | | Sold | 07/22/20 | K | | |
| 81.  -SPDR S&P Biotech | A | Dividend | J | T | Buy | 07/22/20 | J | | |
| 82.  -Starbucks Corp | A | Dividend | J | T | Buy | 09/29/20 | J | | |
| 83.  -Taiwan Semiconductor Mfg Co | A | Dividend | K | T | Sold (part) | 09/29/20 | J | D | |
| 84.  -Unilever PLC | A | Dividend | J | T | | | | | |
| 85.  -US Treasury Bill | | None | | | Buy | 09/29/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chan, Ashely M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold | 11/10/20 | L | A | |
| 87. -Vanguard FTSE Developed Markets E | A | Dividend | | | Sold | 04/13/20 | K | | |
| 88. -Viatris Inc | | None | J | T | Buy | 11/19/20 | J | | |
| 89. | | | | | Sold (part) | 11/20/20 | J | A | |
| 90. -Virtus Multi Select Short Term Bond T | A | Dividend | J | T | Sold (part) | 07/16/20 | J | A | |
| 91. -Visa Inc | A | Dividend | K | T | Buy | 04/13/20 | K | | |
| 92. -VMWare Inc 2.95% 8/21/2022 | A | Interest | K | T | Buy | 07/22/20 | K | | |
| 93. -Walt Disney Co Holding | A | Dividend | L | T | | | | | |
| 94. -Wells Fargo Bank 3.15% 5/9/2023 | A | Interest | K | T | | | | | |
| 95. -Western Asset Short Term Bond C1 | A | Dividend | J | T | | | | | |
| 96. -Xylem Inc | A | Dividend | J | T | Buy | 07/22/20 | J | | |
| 97. -Zimmer Biomet Holdings Inc 3.55% | A | Interest | K | T | Buy | 07/22/20 | K | | |
| 98. -Cash | A | Int./Div. | M | T | Buy | 11/01/20 | M | | |
| 99. LPL Financial 8393 (H) | | | | | | | | | |
| 100. -Cash | A | Interest | K | T | Buy | 11/01/20 | K | | |
| 101. -AT&T Inc 5.625% 8/1/2067 | A | Interest | J | T | Buy | 07/22/20 | J | | |
| 102. -CVS Health Corp 4.10% 3/25/2025 | A | Interest | J | T | Buy | 07/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chan, Ashely M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Hewlitt Packard 4.90% 10/15/2025 | A | Interest | J | T | Buy | 07/22/20 | J | | |
| 104.  -Microsoft Corp | A | Dividend | K | T | Sold (part) | 09/29/20 | J | C | |
| 105.  -Pfizer Inc | A | Dividend | K | T | | | | | |
| 106.  -United States Treasury Bill | | None | | | Buy | 09/29/20 | K | | |
| 107. | | | | | Sold | 11/10/20 | K | A | |
| 108.  -Verizon | A | Dividend | J | T | Sold (part) | 07/22/20 | J | D | |
| 109.  -Viatris | | None | J | T | Buy | 11/19/20 | J | | |
| 110. | | | | | Sold (part) | 11/20/20 | J | A | |
| 111.  -VMWare Inc 2.95% 8-21-2022 | A | Interest | J | T | Buy | 07/22/20 | J | | |
| 112.  -Zimmer Biomet Holdings Inc 3.55% | A | Interest | J | T | Buy | 07/22/20 | J | | |
| 113.  -Morgan Stanley Bank | A | Interest | | | Sold | 11/01/20 | K | | |
| 114.  LPL Financial 4752 (H) | | | | | | | | | |
| 115.  -Cash | A | Interest | K | T | Buy | 11/01/20 | K | | |
| 116.  -Anthem Inc 3.30% 1/15/2023 | A | Interest | K | T | | | | | |
| 117.  -Apple Inc | A | Dividend | M | T | Sold (part) | 10/23/20 | J | B | |
| 118.  -AT&T Inc 5.625% 8/1/2067 | A | Interest | K | T | Buy | 07/29/20 | K | | |
| 119.  -Brighthouse Financial | | None | | | Sold | 07/29/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 121.  -Chemours Co | A | Dividend | J | T | | | | | |
| 122.  -Chevron | A | Dividend | | | Sold | 04/15/20 | K | | |
| 123.  -Corteva | A | Dividend | J | T | | | | | |
| 124.  -CVS Health Corp 4.10% 3-25-2025 | A | Interest | K | T | Buy | 07/29/20 | K | | |
| 125.  -Dow Inc | A | Dividend | | | Sold | 07/29/20 | J | C | |
| 126.  -DuPont De Nemours Inc | A | Dividend | J | T | | | | | |
| 127.  -Equity Residential | A | Dividend | | | Sold | 07/29/20 | K | | |
| 128.  -H&R Block Inc | A | Dividend | | | Sold | 10/23/20 | J | | |
| 129.  -Healthpeak Properties | A | Dividend | | | Sold | 07/29/20 | J | | |
| 130.  -Honeywell International Inc | A | Dividend | K | T | Buy | 04/15/20 | J | | |
| 131.  -Intel Corp | A | Dividend | K | T | | | | | |
| 132.  -JP Morgan Chase & Co | A | Dividend | | | Buy | 04/15/20 | J | | |
| 133. | | | | | Sold | 07/29/20 | J | | |
| 134.  -Macquarie Infrastructure Co | A | Dividend | J | T | | | | | |
| 135.  -McDonalds | A | Dividend | K | T | Sold<br>(part) | 10/23/20 | J | C | |
| 136.  -Metlife Inc | A | Dividend | | | Sold | 07/29/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Microsoft Corp | B | Dividend | M | T | Sold (part) | 10/23/20 | J | B | |
| 138. -Morgan Stanley Bank | A | Interest | | | Sold | 11/01/20 | K | | |
| 139. -Morgan Stanley 5.50% 7/24/2020 | A | Interest | | | Sold | 07/16/20 | K | | |
| 140. -Morgan Stanley 5.75% 1/25/2021 | A | Interest | | | Sold | 07/16/20 | K | | |
| 141. -Morgan Stanley Salt Lake City 2.25% 6/10/2028 | A | Interest | | | Sold | 07/16/20 | K | | |
| 142. -New York State Thruway Auth 5.00% 3/15/2025 | B | Interest | K | T | | | | | |
| 143. -Pennsylvania State Genl Oblig 5.00% 1/15/2022 | B | Interest | K | T | | | | | |
| 144. -Pfizer Inc | A | Dividend | K | T | | | | | |
| 145. -University of Cincinnati Gen Rcpts 4.00% 6/1/2025 | A | Interest | K | T | | | | | |
| 146. -Viatris Inc | | None | J | T | Buy | 11/19/20 | J | | |
| 147. | | | | | Sold (part) | 11/20/20 | J | A | |
| 148. VMWare Inc 2.95% 8-21-2022 | A | Interest | K | T | Buy | 07/29/20 | K | | |
| 149. -Walgreens Boots Alliance Inc | A | Dividend | J | T | | | | | |
| 150. -Washington State Genl Oblig 5.00% 7/1/2020 | B | Interest | | | Sold | 07/01/20 | K | | |
| 151. -Washoe County NV Genl Oblig 3.00% 3/1/2023 | A | Interest | K | T | | | | | |
| 152. -Washoe County NV Genl Oblig 3/1/2024 | A | Interest | K | T | | | | | |
| 153. -Zimmer Biomet Hopldings Inc 3.55% | A | Interest | K | T | Buy | 07/29/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.   LPL Financial 7590 (H) | | | | | | | | | |
| 155.   -Cash | A | Interest | K | T | Buy | 11/01/20 | K | | |
| 156.   -Allegheny Cnty PA Genl Oblig 5.0 | B | Interest | K | T | Buy | 03/20/20 | K | | |
| 157.   -Alphabet Inc Cl A | | None | L | T | | | | | |
| 158.   -Amazon.com | | None | K | T | Buy | 04/07/20 | K | | |
| 159.   -American Express 2.25% 6-1-2021 | A | Interest | K | T | | | | | |
| 160.   -American Express 2.40% 9-6-2022 | A | Interest | K | T | | | | | |
| 161.   -Apple Inc | A | Dividend | M | T | | | | | |
| 162.   -AT&T Inc | B | Dividend | K | T | | | | | |
| 163.   -AT&T Inc 5.625% 81-2067 | A | Interest | K | T | Buy | 07/27/20 | K | | |
| 164.   -Becton Dickinson | A | Dividend | J | T | Buy | 09/29/20 | J | | |
| 165.   -Blackstone Group LP | A | Dividend | K | T | | | | | |
| 166.   -Brighthouse Financial | | None | | | Sold | 07/27/20 | J | A | |
| 167.   -Brookfield Asset Management | A | Dividend | | | Sold | 04/07/20 | J | D | |
| 168.   -Carrier Global Corp | A | Dividend | J | T | Spinoff (from line 206) | 04/07/20 | J | | |
| 169.   -Chemours Co | A | Dividend | | | Sold | 09/29/20 | J | B | |
| 170.   -Connecticut St Genl 5.00% 11/15/2031 | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  -Corteva Inc | A | Dividend | J | T | | | | | |
| 172.  -CVS Health Corp 4.10% 3-25-2025 | A | Interest | K | T | Buy | 07/27/20 | K | | |
| 173.  -Digital Realty Trust | B | Dividend | K | T | | | | | |
| 174.  -Discover Financial Services | A | Dividend | | | Sold | 09/29/20 | J | | |
| 175.  -Dow Inc | A | Dividend | | | Sold | 07/27/20 | J | C | |
| 176.  -Dupont De Nemours | A | Dividend | J | T | | | | | |
| 177.  -General Electric Cap Corp 5.30%<br>2/11/2021 | B | Interest | K | T | | | | | |
| 178.  -Howard County MD 3.50% 2-15-2032 | A | Interest | K | T | | | | | |
| 179.  -Hyster-Yale Materials Handling | A | Dividend | J | T | Buy | 09/29/20 | J | | |
| 180.  -Ingredion Inc | A | Dividend | J | T | Buy | 07/27/20 | J | | |
| 181.  -IShares JP Morgan Em Bond Fund | B | Dividend | | | Sold | 07/27/20 | K | | |
| 182.  -JP Morgan Chase 2.25% 11/15/2024 | A | Interest | | | Sold | 05/15/20 | K | | |
| 183.  -McDonalds Corp | B | Dividend | K | T | | | | | |
| 184.  -Metlife Inc | A | Dividend | | | Sold | 07/27/20 | J | A | |
| 185.  -Microsoft Corp | A | Dividend | L | T | Sold<br>(part) | 02/04/20 | K | D | |
| 186.  -Morgan Stanley 2.20% 10/30/2024 | A | Interest | | | Sold | 07/16/20 | K | | |
| 187.  -Morgan Stanley Bank | A | Interest | | | Sold | 11/01/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -New York State Mtg Agy Homeowner 3.619% 4/1/2023 | A | Interest | K | T | | | | | |
| 189. -Nvent Electric PLC | A | Dividend | | | Sold | 05/21/20 | J | C | |
| 190. -Otis Worldwide Corp | A | Dividend | | | Spinoff (from line 206) | 04/07/20 | J | | |
| 191. | | | | | Sold | 09/29/20 | J | A | |
| 192. -Pentair PLC | A | Dividend | J | T | | | | | |
| 193. -Pfizer | A | Dividend | K | T | | | | | |
| 194. -Prudential Financial 4.125% | A | Interest | K | T | Buy | 09/29/20 | K | | |
| 195. -Qualcomm Inc | A | Dividend | K | T | Buy | 04/14/20 | J | | |
| 196. -Raytheon Technologies Corp | A | Dividend | | | Spinoff (from line 206) | 04/07/20 | J | | |
| 197. | | | | | Sold | 07/27/20 | J | A | |
| 198. -Regional Trans Dist Colo Sales Tax Rev 5.00% 11/1/2027 | B | Interest | K | T | | | | | |
| 199. -San Antonio TX Pub Facs 3.00% 9/15/2027 | A | Interest | K | T | | | | | |
| 200. -Schlumberger Ltd | A | Dividend | | | Sold (part) | 04/14/20 | J | | |
| 201. | | | | | Sold | 05/15/20 | K | | |
| 202. -Starbucks Corp | A | Dividend | J | T | Buy | 07/27/20 | J | | |
| 203. -State Bank Ind New York 2.00% | A | Interest | K | T | Buy | 01/18/20 | K | | |
| 204. -UBS Bank USA Salt Lake City 3.45% 10/24/2023 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chan, Ashely M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. -United Parcel Service Inc Cl B | B | Dividend | L | T | | | | | |
| 206. -United Technologies Corp | | None | | | Closed | 04/07/20 | K | | |
| 207. -University of Washington Univ Revs Gebn 5.00% 7/1/2034 | B | Interest | K | T | | | | | |
| 208. -Viatris | | None | J | T | Buy | 11/19/20 | K | | |
| 209. | | | | | Sold (part) | 11/20/20 | J | A | |
| 210. -VMWare Inc 2.95% 8-21-2022 | A | Interest | K | T | Buy | 07/27/20 | K | | |
| 211. -Walt Disney Co Holding | A | Dividend | L | T | | | | | |
| 212. -Wells Fargo 4.48% 1/16/2024 | B | Interest | K | T | | | | | |
| 213. -Zimmer Biomet Holdings Inc 3.55% | A | Interest | K | T | Buy | 07/27/20 | K | | |
| 214. LPL Financial 9687 (H) | | | | | | | | | |
| 215. -Advanced Micro Devices | | None | K | T | | | | | |
| 216. -Creragon Networks | | None | J | T | | | | | |
| 217. -Morgan Stanley Bank | | None | | | Sold | 11/01/20 | J | | |
| 218. Fidelity Investments (H) | | | | | | | | | |
| 219. -Fidelity Government Money Market | A | Dividend | J | T | | | | | |
| 220. -Invesco QQQ Trust Unit Ser 1 | A | Dividend | | | Sold | 05/18/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chan, Ashely M.** | 06/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In part VII line 206 United Technologies was reorganized as Carrier Global Corp, Otis Worldwide and Raytheon Technologies and no longer existed as United Technologies. On line 206 I indicated that the shares were closed on 4/7/2020 which was the date of the reorganization.

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/14/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ashely M. Chan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544